

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-10-00164-CV

BRETT ARNOLD AND PATRICIA A. RUDDER                                      APPELLANTS

V.

B.R. ISRAEL                                                                    APPELLEE

------------

FROM THE 141ST DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On December 1, 2010, we notified appellants that their brief had not been filed as required by Texas Rule of Appellate Procedure 38.6(a). *See* Tex. R. App. P. 38.6(a). We stated we could dismiss the appeal for want of prosecution unless appellants or any party desiring to continue this appeal filed with the court

---

[1]*See* Tex. R. App. P. 47.4.

within ten days a response reasonably explaining the failure to timely file a brief. *See* Tex. R. App. P. 38.8(a)(1).  We have not received any response.

Because appellants' brief has not been filed, we dismiss the appeal for want of prosecution.  *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Appellants shall pay all costs of this appeal, for which let execution issue.

PER CURIAM

PANEL:  LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DELIVERED:  December 30, 2010